# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. THOMAS,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF BUCKS, et al.,** | : | |
| Respondents. | : | No.  11-2409 |

## O R D E R

**AND NOW**, this 25th day of March, 2013, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner Robert W. Thomas (Docket No. 7), the briefing in support of and opposition thereto, Mr. Thomas's state court record, U.S. Magistrate Judge L. Felipe Restrepo's Report & Recommendation (Docket No. 17), and Mr. Thomas's Objections (Docket No. 18), it is hereby **ORDERED** that:

1. The Report & Recommendation is **APPROVED** and **ADOPTED**.  Mr. Thomas has filed a "second or successive" habeas petition without the required authorization from the Third Circuit Court of Appeals. *See* 28 U.S.C. § 2244(b)(3)(A).

2. Mr. Thomas's Objections are **OVERRULED**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE